## 48754. ROWLAND v. VICKERS.

DEEN, Presiding Judge.
The decision of this court in *Rowland v. Vickers,* 131 Ga. App. 121 (205 SE2d 503) having been reversed by the Supreme Court (233 Ga. 67), the judgment therein is vacated and the judgment of the trial court granting Vickers' motion for summary judgment is reversed.
*Bell, C. J., Pannell, P. J., Quillian, Evans, Clark, Stolz and Webb, JJ., concur.*

DECIDED NOVEMBER 6, 1974.

*Jack J. Helms, Farrar & Farrar, Arthur C. Farrar, Curtis Farrar,* for appellant.
*Bennett, Pedrick & Bennett, John W. Bennett, Preston & Preston, Montgomery Preston,* for appellee.